

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00371-CV

**IN THE INTEREST OF L.B.M.** and L.B.M., Children

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-02077
Honorable Charles E. Montemayor, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's orders terminating appellants' parental rights is AFFIRMED. Because appellants are indigent, no costs of this appeal are assessed.

SIGNED January 13, 2021.

Luz Elena D. Chapa, Justice